IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEARNING BY GRACE, et al. | : | CIVIL ACTION |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| HEATHER IDONI, et al. | : | NO. 11-CV-02971 |
| Defendants. | : | |

FILED
FEB 1 2012
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

## REPORT AND RECOMMENDATION

**TIMOTHY R. RICE**
**U.S. MAGISTRATE JUDGE**                                              February 1, 2012

After extensive settlement negotiation, this matter was settled at 12:04 p.m. on October 13, 2011. All terms were outlined in open court. All parties stated they had full authority to settle and all agreed to the terms I outlined during the October 13, 2011 hearing.

The parties have filed cross-motions to enforce the settlement. I conferred with all counsel by telephone on February 1, 2012 and reached agreement to resolve the pending motions. The parties will execute a written agreement that deletes two contested terms and incorporates the October 13, 2011 transcript as part of the written agreement.

Accordingly, I recommend all pending motions be dismissed as moot by agreement, this Court's October 13, 2011 dismissal (Doc. 76) remain in effect; and the Clerk be directed to close this case.

BY THE COURT:

/s/ Timothy R. Rice
TIMOTHY R. RICE
U.S. MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEARNING BY GRACE, et al. | :   CIVIL ACTION |
|         Plaintiffs, | : |
| | : |
| v. | : |
| | : |
| HEATHER IDONI, et al, | :   NO. 11-CV-02971 |
|         Defendants. | : |

## ORDER

**JUAN R. SANCHEZ, J.**

AND NOW, this _____ day of February, 2012, it is hereby ORDERED that the February 1, 2012, Report and Recommendation of United States Magistrate Judge Timothy R. Rice is hereby APPROVED and ADOPTED.

All pending motions are dismissed as moot by agreement of the parties; this Court's October 13, 2011 dismissal (Doc. 76) remains in effect; and the Clerk is directed to close this case.

BY THE COURT:


_____
JUAN R. SANCHEZ,    J.