IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEARNING BY GRACE, et al. | : | CIVIL ACTION |
|     Plaintiffs, | : | |
| v. | : | |
| HEATHER IDONI, et al. | : | NO. 11-CV-02971 |
|     Defendants. | : | |

FILED
FEB 17 2012
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

## ORDER

**JUAN R. SANCHEZ, J.**

AND NOW, this 17th day of February, 2012, it is hereby ORDERED that the February 1, 2012, Report and Recommendation of United States Magistrate Judge Timothy R. Rice is hereby APPROVED and ADOPTED.

All pending motions are dismissed as moot by agreement of the parties; this Court's October 13, 2011 dismissal (Doc. 76) remains in effect; and the Clerk is directed to close this case.

BY THE COURT:

_____
JUAN R. SANCHEZ, J.